**STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

MAXIMILLIAN JEFFERIES,

      Plaintiff,

v.

OTTERY TRANSPORTATION, INC.,
MICHAEL OLCOTT, and
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,

      Defendants.

CIVIL ACTION FILE
NO. 21-A-4272

*Jury Trial Demanded*

## DEFENDANTS NOTICE OF REMOVAL TO UNITED STATE DISTRICT COURT

COMES NOW, **DEFENDANTS,** and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.    Defendant has filed a Notice of Removal to United States District Court. A true and correct copy of the Notice is attached as Ex. "A".

2.    As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 3rd day of January, 2022.

HALL BOOTH SMITH, P.C.

/s/ Sandro Stojanovic
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775

1

T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAXIMILLIAN JEFFERIES,<br>　　Plaintiff,<br><br>v.<br><br>OTTERY TRANSPORTATION, INC.,<br>MICHAEL OLCOTT, and<br>TRAWLERS INDEMNITY COMPANY<br>OF CONNECTICUT,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 21-A-4272<br><br><br><br><br>*Jury Trial Demanded* |

**DEFENDANTS' NOTICE OF REMOVAL**

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COME NOW, **DEFENDANTS**, and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.　Plaintiff Maximillian Jefferies (hereinafter "Plaintiff"), a Georgia resident and citizen, filed this action in the State Court of Cobb County, on December 3, 2021 against OTTERY TRANSPORTATION, INC., MICHAEL OLCOTT, and TRAWLERS INDEMNITY COMPANY OF CONNECTICUT.

That action is designated there as Civil Action File No.: 21-A-4272.  A true and correct copy of the Complaint is included in the State Court file attached as Ex. A.

2.      Plaintiff's Complaint, *inter alia,* alleges that Defendants are liable to the Plaintiff for negligently causing Plaintiff's injuries that were sustained from an accident which occurred on September 16, 2020. (*See* Ex. A, ¶ 1).

3.      Plaintiff MAXIMILLIAN JEFFERIES is a Georgia resident and, thus, a citizen of Georgia. If a person is domiciled in [Michigan], he was a citizen of that state within the meaning of the Judicial Code. *Gilbert v. David*, 235 U.S. 561, 569 (1915). (See Ex. A, ¶ 2).

4.      Defendant Ottery Transportation, Inc. is now and was at the commencement of Civil Action File No.: 21-A-4272, and at all times since has been a foreign company organized and existing under the laws of the State of Wisconsin with its principal place of business in Wisconsin.  (See Wisconsin Secretary of State Records as Ex. B). Defendant Ottery Transportation, Inc. is a citizen of Wisconsin.

5.      Defendant Michael Olcott was at the commencement of Civil Action File No.: 21-A-4272, and at all times since has been a citizen of the State of Michigan. (*See* Ex. A, ¶ 4; Ex. C – Police report). *Gilbert v. David*, 235 U.S. 561, 569 (1915).

6.      Defendant Travelers Indemnity Company of Connecticut is now and was at the commencement of Civil Action File No.: 21-A-4272, and at all times since has

been a foreign company organized and existing under the laws of the State of Connecticut with its principal place of business in Connecticut. (*See* Georgia Secretary of State Records as Ex. D).

7.     The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among Plaintiff and the identified, named Defendants, the Parties were not residents of the same State at the time of filing of the Complaint, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

8.     Defendant files herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 2019SV-0613, pursuant to 28 USC §1446, including a copy of the Summons and Complaint in State Court of Cobb County, State of Georgia, marked as Ex. A.

8.     Defendant attaches hereto a copy of Defendant's Notice of Removal which has been sent for filing in the State Court of Cobb County, State of Georgia, marked as Ex. E.

9.     Defendant attaches hereto a copy of Defendant's Brief in Support of Notice of Removal.

3

Respectfully submitted this <u>3rd</u> day of January, 2022.

**HALL BOOTH SMITH, P.C.**

<u>/s/ Sandro Stojanovic</u>
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAXIMILLIAN JEFFERIES, | |
| Plaintiff, | CIVIL ACTION FILE |
| | NO. 21-A-4272 |
| vs. | |
| OTTERY TRANSPORTATION, INC., | |
| MICHAEL OLCOTT, and | *Jury Trial Demanded* |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

The foregoing ***DEFENDANTS' NOTICE OF REMOVAL*** and request for trial date is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this <u>3rd</u> day of January, 2022.

HALL BOOTH SMITH, P.C.

<u>/s/ Sandro Stojanovic</u>
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900

5

Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAXIMILLIAN JEFFERIES, | |
| Plaintiff, | CIVIL ACTION FILE |
| | NO. 21-A-4272 |
| v. | |
| OTTERY TRANSPORTATION, INC., MICHAEL OLCOTT, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | *Jury Trial Demanded* |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

Ashley Pitts
WLG Atlanta, LLC
600 Peachtree Street NE
Suite 4010
Atlanta, GA 30308
Ashley.pitts@witheritelaw.com
*Counsel for Plaintiff*

7

This <u>3rd</u> day of January, 2022.

**HALL BOOTH SMITH, P.C.**

/s/ Sandro Stojanovic

SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

**STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| MAXIMILLIAN JEFFERIES, | |
| Plaintiff, | CIVIL ACTION FILE NO. 21-A-4272 |
| v. | |
| OTTERY TRANSPORTATION, INC., MICHAEL OLCOTT, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | *Jury Trial Demanded* |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS NOTICE OF REMOVAL TO UNITED STATE DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

Ashley Pitts
WLG Atlanta, LLC
600 Peachtree Street NE
Suite 4010
Atlanta, GA 30308
Ashley.pitts@witheritelaw.com
*Counsel for Plaintiff*

This 3rd day of January, 2022.

HALL BOOTH SMITH, P.C.

/s/ Sandro Stojanovic
SCOTT H. MOULTON

3

Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

4