### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MAXIMILLIAN JEFFERIES;<br><br>   Plaintiff,<br><br>vs.<br><br>OTTERY TRANSPORTATION, INC.;<br>MICHAEL OLCOTT; and<br>TRAVELERS INDEMNITY COMPANY<br>OF CONNECTICUT;<br><br>   Defendants. | CIVIL ACTION<br><br>FILE NO. 1:22-cv-00007-CAP |

_____

### PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Maximillian Jefferies, and by virtue of the stipulation of the parties herein and, pursuant to the provisions of F.R.C.P. 41 (a)(l)(A), hereby Dismiss this action with prejudice.

Respectfully submitted this 8th day of July, 2022.

Stipulated:

*/s/ Sandro Stojanovic*             */s/ Ashley Pitts*
SANDRO STOJANOVIC            ASHLEY PITTS
GEORGIA STATE BAR NO. 828730     GEORGIA STATE BAR NUMBER 481759

**1**

| | |
|---|---|
| HALL BOOTH SMITH, PC | ATTORNEY FOR PLAINTIFF |
| 191 Peachtree Street, NE, Suite 2900 | WLG ATLANTA, LLC |
| ATLANTA, GA 30303-1775 | 600 PEACHTREE STREET NE, SUITE 4010 |
| TELEPHONE: (404) 874-8800 | ATLANTA, GA 30308 |
| FACSIMILE: (404) 888-6199 | TELEPHONE: 404-905-6020 |
| EMAIL: | FACSIMILE: 470-880-5095 |
| SMOULTON@HALLBOOTHSMITH.COM | EMAIL: ASHLEY.PITTS@WITHERITELAW.COM |

## **CERTIFICATE OF COMPLIANCE WITH N.D.GA. LOCAL RULE 5.1B**

This is to certify that this pleading was created in Times New Roman 14-point font in accordance with Northern District of Georgia Local Rule 5.1B.

This 8th day of July, 2022.

>*/s/ Ashley B. Pitts*
>Ashley B. Pitts
>Georgia State Bar Number 481759
>Adewale Odetunde
>Georgia State Bar Number 374418
>Attorneys for Plaintiff
>WLG Atlanta, LLC
>Bank of America Plaza
>600 Peachtree Street NE, Suite 4010
>Atlanta, GA 30308
>Telephone: (404) 905-6020
>Facsimile: (470) 880-5095
>E-Mail: ashley.pitts@witheritelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I electronically filed **Plaintiff's Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Scott H. Moulton, Esq.
Sandro Stojanovic, Esq.
Hall Booth Smith, PC
Counsel for Defendants
191 Peachtree Street, NE, Suite 2900
Atlanta, GA 30303-1775
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

*/s/ Ashley B. Pitts*
Ashley B. Pitts
Georgia State Bar Number 481759
Adewale Odetunde
Georgia State Bar Number 374418
Attorneys for Plaintiff
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
Telephone: (404) 905-6020
Facsimile: (470) 880-5095
E-Mail: ashley.pitts@witheritelaw.com